IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NEKESAH SIMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTON NO. 09-369-CB-N |
| | ) | |
| CYNTHIA S. WHEELER-WHITE, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER


After due and proper consideration of all pleadings in this file, and there having been no

objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C.

§ 636 is adopted as the opinion of this Court.

It is ORDERED that this action is DISMISSED without prejudice to allow petitioner to

exhaust her claims in state court.

DONE this 4th day of August, 2010.


/s/*Charles R. Butler, Jr.*
CHARLES R. BUTLER, JR.
SENIOR UNITED STATES DISTRICT JUDGE